UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATHANIAL TUFF,

                        Plaintiff,

          vs                                                    9:09-CV-185

ONEIDA COUNTY; and LT. LIDDY,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                  OF COUNSEL:

NATHANIAL TUFF
Plaintiff, pro se
1663 Steuben Street
Utica, New York 13501

GORMAN, WASKIEWICZ, GORMAN & SCHMITT    BARTLE J. GORMAN, ESQ.
Attorneys for Defendants
1508 Genesee Street
Utica, New York 13502

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Nathanial Tuff, commenced this civil rights action in February 2009, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated January 15, 2010, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendants' motion for summary judgment (Dkt. No. 8) be granted and that plaintiff's complaint be dismissed in its entirety, with prejudice. No objections to the Report-Recommendation have been filed by any party.

       Based upon a careful review of the file, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety, with prejudice; and

3. The Clerk shall file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: February 16, 2010
       Utica, New York.

_____
United States District Judge